IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSE E. PHILLIPS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-2523-O |
| | § | |
| GREEN TREE SERVICING LLC, f.k.a. | § | |
| CONSECO FINANCING SERVICES | § | |
| CORP., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney, regarding Defendants Paul E. Fulbright, Dwayne Binder, and Amelia Binder's Objection to Jurisdiction. The Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 7th day of January, 2008.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**