**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JESSE E. PHILLIPS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 3:05-CV-2523-O** |
| | § | |
| **GREEN TREE SERVICING LLC, f.k.a.** | § | |
| **CONSECO FINANCING SERVICES** | § | |
| **CORP., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney (Doc. # 50), regarding several Defendants, who have never been served with process, specifically: Hale County, Portia F. Bosse, Attorneys of Dallas County, Judge Harlin D. Hale, Bankruptcy Court Dallas, Connie Mayfield, John H. Jackson, Marilyn Greer, Charles R. Statham, Lisa D. Mooneyhan, Navarro County & County Offices County Personnel, and Amanda Doan. The Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 26th day of February, 2008.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**